CITY OF LONG BRANCH, PROSECUTOR-RESPONDENT, v. STATE BOARD OF TAX APPEALS ET AL., DEFENDANTS-RESPONDENTS; BOROUGH OF ALLENHURST AND INTERLAKEN, APPELLANTS.

Submitted February 14, 1936—Decided May 14, 1936.

For the appellant borough of Allenhurst, *Richard W. Stout.*

For the appellant borough of Interlaken, *Isaiah Matlack* (*Frank A. Boettner, Jules E. Tepper* and *William J. O'Hagan,* of counsel).

For the respondent city of Long Branch, *Jacob Steinbach, Jr.*

For the respondent borough of Deal, *T. Cyril Butler.*

For the respondent township of Dover, Ocean county, *David A. Veeder.*

PER CURIAM.

The judgment under review, in this case, is reversed, for the reasons stated in *Town of West Orange et al.* v. *State Board of Tax Appeals,* 115 *N. J. L.* 396; 180 *Atl. Rep.* 770, and affirmed by this court in 116 *N. J. L.* 414.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ.   12.